AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
ROSWELL, NEW MEXICO

MAY 28 2014

CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Albert J. Mondragon<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>14MJ1789 |

## Amended CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 7, 2014__ in the county of __Lea__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841: | Possession with the intent to distribute 226 grams of a mixture or substance containing a detectable amount of methamphetamine. |

This criminal complaint is based on these facts:

See attached "Affidavit"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Gelinas, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/28/2014__

_____
*Judge's signature*

City and state: __Roswell, New Mexico__       Kea Riggs, Magistrate Judge
*Printed name and title*

United States of America

v.

Albert J. Mondragon

## AFFIDAVIT

Affiant, Joseph W. Gelinas, Drug Enforcement Administration, United States Department of Justice, being duly sworn does depose and state the following.

The affiant is a Special Agent with the Drug Enforcement Administration, and has been so employed for approximately three years. Your affiant is currently assigned to the Las Cruces Residence Office of the DEA. The affiant has received specialized training in controlled substance violations, including but not limited to Title 21 of the United States Code. That affiant is familiar with and has participated in several investigations involving the transportation, storage and distribution of controlled substance and U.S. currency.

This affidavit is prepared in support of a complaint, charging Albert Mondragon, with a violation of Title 21, United States Code Section 841, Possession with intent to distribute, to wit: approximately 226 grams gross of methamphetamine. Affiant was provided with the following information from members of the Lea County Drug Task Force during this investigation.

On March 7, 2014, the Lea County Drug Task Force (LCDTF) received information from a reliable confidential source that Albert Mondragon (A. Mondragon) was going to be in Hobbs, New Mexico, while in possession of firearms to sell. LCDTF Agents knew that A. Mondragon was a felon who could not lawfully possess firearms. The LCDTF agents located A. Mondragon traveling in a white Chevrolet Trailblazer, bearing a New Mexico license plate number of KGT830, on Joe Harvey Road in Hobbs, and Officer John Benavides, of the Hobbs Police Department (HPD), conducted a traffic stop.

Officer Benavides identified the operator as Elisha Mondragon (E. Mondragon) and the front seat passenger as A. Mondragon. LCDTF agents had the front two passengers exit the vehicle. Upon A. Mondragon's removal from the vehicle, Officer Benavides observed a glass pipe containing, what appeared to be, a burnt white powdery substance on A. Mondragon's seat.

A. Mondragon was informed of his rights per *Miranda*. A. Mondragon understood his rights, waived the same and agreed to speak with the agents. A. Mondragon and E. Mondragon gave the agents consent to search the vehicle.

A. Mondragon stated that there were two guns inside the vehicle. A. Mondragon described the firearms as a .308 caliber rifle and a .40 caliber handgun. A. Mondragon explained

that he planned to sell both firearms. A. Mondragon further stated that there was about a half of a pound of methamphetamine inside a box located in the back of the vehicle.

The agents conducted a search of the vehicle and found a Panther Arms .308 caliber rifle (SN: 137978), a Taurus .40 caliber handgun (SN: SFU73761) and two bags of methamphetamine. The agents conducted a field test of the crystal substance and result was positive for the presence of methamphetamine. A. Mondragon was transported to the Hobbs Police Department for an interview.

Upon arrival, A. Mondragon admitted to trafficking approximately a half of a pound of methamphetamine every three to five days. A. Mondragon further stated that he sells an ounce of methamphetamine for $1,200 and that he pays $6,400 for eight ounces of methamphetamine. A. Mondragon also stated that he purchased the handgun, via the internet, from an individual in Clovis, New Mexico.

Based on the above information, Special Agent Gelinas believes that Albert Mondragon did Possess with Intent to Distribute a Controlled Substance, to wit approximately 226 grams gross of methamphetamine, a schedule II controlled substance, in violation of Title 21 USC § 841.

_____
Special Agent Joseph Gelinas
Drug Enforcement Administration

_____
Judge Kea Riggs
United States Magistrate Judge